UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/06/2024_
```

G.P. and A.C. individually and on behalf of C.P.C. a minor,

      Plaintiffs,

-against-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK dba THE NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

23 Civ. 9750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On November 14, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by January 2, 2024. ECF No. 4. Having received no submissions, the Court ordered the parties to file the joint letter and proposed case management plan by February 2, 2024. ECF No. 6. Those submissions are again overdue. Defendant has not yet appeared in this action. Accordingly, by **February 29, 2024**, the parties shall file a joint letter and jointly proposed case management plan, or Plaintiffs shall state their intentions as to the prosecution of this action. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

  SO ORDERED.

Dated: February 6, 2024
   New York, New York

                    _____
                    ANALISA TORRES
                  United States District Judge