UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.P. and A.C. individually and on behalf of C.P.C. a minor,

          Plaintiffs,

-against-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK dba THE NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2024
```

23 Civ. 9750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 16, 2024, the Court granted Defendant's motion to stay this proceeding pending an April 10, 2024 conference before the Honorable John P. Cronan. ECF No. 13. Defendant represented that the conference was scheduled "to discuss the anticipated consolidation motion . . . of this case along with 30 other IDEA fees cases." ECF No. 12 at 1. However, Judge Cronan—in his order setting the conference—directed Defendant to "be prepared to address why a motion to consolidate would have any merit given that the thirty-two cases . . . involve different questions of fact." ECF No. 8, *R.C., et al. v. N.Y.C. Dep't of Educ.*, No. 23 Civ. 9727. In light of the unlikely consolidation of these thirty-two actions, this action need not be stayed pending the conference before Judge Cronan.[1]

    Accordingly, the stay is VACATED. By **March 8, 2024**, Defendant shall file an answer. By **March 15, 2024**, the parties shall file a joint letter and jointly proposed case management plan.

    SO ORDERED.

Dated: February 21, 2024
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] Judge Cronan has now expedited the conference to be held on February 26, 2024. ECF Nos. 9, 11, *R.C., et al. v. N.Y.C. Dep't of Educ.*, No. 23 Civ. 9727 (S.D.N.Y.).