```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/27/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.P. and A.C. individually and on behalf of C.P.C. a minor,

                Plaintiffs,

-against-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK dba THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

23 Civ. 9750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 28, 2024, the Court ordered the parties to file a joint letter providing a status update by August 26, 2024, if this case had not yet settled. ECF No. 18. That letter is now overdue.

    Accordingly, by **September 10, 2024**, the parties shall submit a status update.

    SO ORDERED.

Dated: August 27, 2024
       New York, New York

                                        ANALISA TORRES
                                United States District Judge